UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Waseem Ahmad and | : | Case No. 07-50640 |
|          Donna Ahmad, | : | Chapter 7 |
| | : | |
|          Debtors. | : | Judge Caldwell |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

**TO THE CLERK OF COURT:**

The attached check in the amount of $2,569.49 represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Student Loan Funding—<br>Sallie Mae, Inc. on behalf of<br>Great Lakes Higher Guarantee Co.<br>P.O. Box 7858<br>Madison, WI  53704-7858 | #14 | $2,569.49 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|---|
| $ 0.00 | | $3,569.49 |

Dated: August 10, 2011         /s/   Myron N. Terlecky
                               Myron N. Terlecky, Trustee